IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. WR-70,534-07






EX PARTE RONALD DARNELL CEPHUS, Jr., Applicant








ON APPLICATION FOR A WRIT OF HABEAS CORPUS


CAUSE NO. 1009435 IN THE 232ND DISTRICT COURT


FROM HARRIS COUNTY






 Per curiam.

 

O R D E R



 Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the
clerk of the trial court transmitted to this Court these applications for a writ of habeas corpus. Ex
parte Young, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of robbery and
sentenced to twelve years' imprisonment. He did not appeal his conviction.

 On March 24, 2010, we dismissed this application under Article 11.07, § 4 of the Code of
Criminal Procedure. The motion for reconsideration filed by the State is granted. We now withdraw
our previous disposition and deny the application based upon our own review of the record.

.

Filed: November 24, 2010

Do not publish